# FAGENSON & PUGLISI, PLLC
### ATTORNEYS AT LAW

450 SEVENTH AVENUE - SUITE 704
NEW YORK, NEW YORK 10123
TEL: (212) 268-2128
FAX: (212) 268-2127

LAWRENCE M. FAGENSON
CONCETTA PUGLISI
NOVLETTE R. KIDD

LINDA V. RAMPERTAB

OF COUNSEL
STEVEN CANDELA
SCOTT G. CERBIN

September 7, 2021

The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: Owhonda v. Credit Acceptance Corp., et al., Case No.:21-cv-03413-JMA-ARL**

Dear Judge Azrack,

This office represents plaintiff in the captioned civil matter. We write in response to the letter-motion of defendant Credit Acceptance Corporation in contemplation of its motion for partial dismissal of the complaint. ECF No. 7.

We write to inform the Court that plaintiff intends to file an amended complaint. We therefore respectfully request 21 days from today–to September 28, 2021–for plaintiff to file an amended complaint as a matter of course.

We thank the Court for your kind consideration of the foregoing.

Respectfully Submitted,
FAGENSON & PUGLISI, PLLC

By: /s/ Novlette R. Kidd
    NOVLETTE R. KIDD, ESQ.