# FAGENSON & PUGLISI, PLLC
## ATTORNEYS AT LAW

450 SEVENTH AVENUE - SUITE 704
NEW YORK, NEW YORK 10123
TEL: (212) 268-2128
FAX: (212) 268-2127

LAWRENCE M. FAGENSON
CONCETTA PUGLISI
NOVLETTE R. KIDD

LINDA V. RAMPERTAB

OF COUNSEL
STEVEN CANDELA
SCOTT G. CERBIN

September 21, 2021

The Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: Owhonda v. Credit Acceptance Corp., et al., Case No.:21-cv-03413-JMA-ARL**

Dear Judge Lindsay,

This office represents plaintiff in the captioned civil matter. Plaintiff intends to file an amended complaint as a matter of course. We respectfully request an extension of time to September 28, 2021 to file the amended complaint.

The undersigned emailed Credit Acceptance Corp.'s counsel for his consent, but received an auto-generated email response that he is in an arbitration hearing for the majority of the day. We have not so far otherwise heard from him, but have no reason to believe he would not consent.

We thank the Court for your kind consideration of the foregoing.

Respectfully Submitted,
FAGENSON & PUGLISI, PLLC

By: /s/ Novlette R. Kidd
    NOVLETTE R. KIDD, ESQ.