UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEXANDER OWHONDA and
JUSTIN WATFORD,

                    Plaintiff,

      -against-

CREDIT ACCEPTANCE CORPORATION,
NORTHSHORE MOTOR LEASING LLC,

                    Defendants.
-------------------------------------------------------------X

**Rule 26(f) Report**
CV 21-3291 (JMA)(ARL)

      Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on 10/22/2021 and was attended by:

    Novlette R. Kidd, counsel for plaintiff(s) Alexander Owhonda and Justin Watford

    Chester R. Ostrowski, counsel for defendant(s). Credit Acceptance Corporation

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.    INITIAL DISCLOSURES
   Have the parties agreed to make initial disclosures?

   __X__ Yes      _____ No      _____ The proceeding is exempt under Rule 26(a)(1)(B).

   If yes, such initial disclosures shall be made by __11/5/2021__.

2.    VENUE AND JURISDICTION
   Are there any contested issues related to venue or jurisdiction?

   _____ Yes    __X__ No

   If yes, describe the issue:

   If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by __N/A__.

3.    PARTIES AND PLEADINGS
   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by __12/31/2021__.
   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by _____.

4. MOTIONS
   Are there any pending motion(s)?  __X__ Yes     _____ No

   If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number: Defendant Credit Acceptance Corporation has filed a letter-motion for pre-motion conference in contemplation of motion for partial dismissal of FAC. Dkt. No. 13. Plaintiffs have filed a letter-motion in opposition. Dkt. No. 15.

5. ISSUES
   Jointly provide a brief description of case, including causes of action set forth in thecomplaint, and indicate whether there is a jury demand:
   Auto fraud concerning defective vehicle and fraudulent sales documents. Truth in Lending Act, Federal Odometer Act, Magnusson-Moss Warranty Act, NY Vehicle and Traffic Law, NY General Business Law, NY Motor Vehicle Retail Installment Sales Act, common-law fraud. Jury demanded.

6. DISCOVERY PROCEDURES
   a. The parties agree that all fact discovery shall be completed by __3/31/2022__. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If, after having met and conferred, the parties are unable to reach an agreement on any matter related to discovery, they may seek the Court's assistance by letter motion pursuant to Local Rule 37.3 and in accordance with Judge Lindsay's Individual Rules.

   b. Do the parties anticipate the production of ESI?  __X__ Yes _____ No[1]
      If yes, describe the protocol for such production:

   c. Do the parties intend to seek a confidentiality order or claw back agreement?[2] Yes.
      If yes, such order or agreement shall be filed with the Court by __11/5/2021__.

7. DISPOSITIVE MOTIONS
   Any party planning on making a dispositive motion must take the first step in the motion process by __8/5/2022__.

8. EXPERT TESTIMONY
   a. Primary expert reports must be produced by __4/29/2022__.
   b. Rebuttal expert reports must be produced by __5/30/2022__.
   c. All expert discovery shall be completed by __7/15/2022__.

9. SETTLEMENT
   Plaintiff(s) will a make a settlement demand by __Plaintiffs made a demand on Sep. 3, 2021__.

---

[1] See attachment A.
[2] See attachment B.

2

Defendant(s) will respond by  11/5/2021  .

The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

10. RULE 16 PRETRIAL CONFERENCE
    Upon receipt of this Form the court will schedule a Rule 16 conference by telephone.

11. CONSENT TO MAGISTRATE JUDGE
    Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)

    _____ Yes    __X__ No

12. OTHER MATTERS
    Indicate any other matters for the Court's consideration:
    Defendant Northshore Motor Leasing LLC ("NML") was served on 10/13/2021, and its time to answer move, or otherwise respond to the FAC has not yet expired. Defendant Credit Acceptance reserves all rights to request modification of the schedule set forth herein upon the appearance of NML and/or the Court's determination with respect to any pending or future motion to dismiss.

Dated:   October 22, 2021

_____/s/ Novlette R. Kidd_____          _____
Novlette R. Kidd, Esq.                          Chester R. Ostrowski, Esq.
Fagenson & Puglisi, PLLC                        McLaughlin & Stern, LLP
450 Seventh Avenue, Suite 704                   260 Madison Avenue
New York, New York 10123                        New York, New York 10016
Tel.: (212) 268-2128                            Tel.: (212) 448-1100
nkidd@fagensonpuglisi.com                       costrowski@mclaughlinstern.com

*Attorneys for Plaintiffs Alexander*            *Attorneys for Defendant Credit Acceptance*
*Owhonda and Justin Watford*                    *Corporation*

3