**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE:**     **ARLENE R. LINDSAY**                    **DATE: 11/17/2021**
          **United States Magistrate Judge**

                                                                    **TIME: 2:30 p.m.**


**DOCKET NO: 21-cv-03413-JMA-ARL**


**CASE: Owhonda v. Credit Acceptance Corporation et al**


 **X  INITIAL CONFERENCE**

 ___ **STATUS CONFERENCE**

 **X  SCHEDULING CONFERENCE**                    **BY TELEPHONE X__**

 **X  SETTLEMENT CONFERENCE**

 ___ **FINAL CONFERENCE**

 ___ **FAIRNESS HEARING**


          **APPEARANCES:**          **FOR PLAINTIFF:**          **FOR DEFENDANTS:**

                              **Novlette R. Kidd**          **Chester Ostrowski**

                                                            **(for Credit Acceptance Corp)**

                                                            **No Appearance for**
                                                            **Northshore Motor Leasing**

**The following rulings were made:**

       The matter is referred to mediation. The parties are directed to submit a joint status letter upon conclusion of mediation.  Discovery is stayed pending the outcome of mediation and the request for a pre-motion conference.


                              **SO ORDERED:**

                                        **/s/**