UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
ALEXANDER OWHONDA, JUSTIN WATFORD,

                    Plaintiffs,

   against                               **MEDIATION REFERRAL ORDER**
                                                        **CV 21-3413 (JMA)**

CREDIT ACCEPTANCE CORPORATION,
NORTHSHORE MOTOR LEASING LLC,

                    Defendants.
--------------------------------------------------X

**LINDSAY, Magistrate Judge:**

It is HEREBY ORDERED that the above entitled case be referred to mediation pursuant to Local Rule 83.11, and it is further

      ORDERED that the parties are offered the option of (a) using a mediator from the Court's panel, (b) selecting a mediator on their own, or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a mediator.  Counsel shall consult with the ADR Administrator at (718) 613-2577, respecting their alternatives and selecting a mediator.

      The mediation is to be concluded by **January 28, 2022**. The parties shall notify the court within two weeks of receipt of a decision or should the mediation fail.

Dated: Central Islip, New York                        SO ORDERED:
       November 18, 2021

                                                                              _____s/_____
                                                                     ARLENE R. LINDSAY
                                                                     United States Magistrate Judge