UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER OWHONDA and
JUSTIN WATFORD,   Docket No. 21-cv-03413 JMA/ARL

                      Plaintiffs,

  -against-

CREDIT ACCEPTANCE CORPORATION and
NORTHSHORE MOTOR LEASING LLC.,

                      Defendants.
------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of NORTHSHORE MOTOR LEASING LLC., Defendant in the above captioned action.

Yours, Etc.,

Dated: January 14, 2022

HARRY R. THOMASSON, Esq.
Attorney at Law
3280 Sunrise Highway
Box 112
Wantagh, NY  11793
516-557-5459