# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Suite 112
Wantagh, New York  11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

January 14, 2022

VIA ECF FILING ONLY

Honorable Arlene R. Lindsay
United States Magistrate Judge
United States Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

   Re: *Owhonda, et al., v. Credit Acceptance Corporation, et al.*
     Case Number 2:21-cv-03413-JMA-ARL

Your Honor:

  I am the incoming attorney for Defendant NorthShore Motor Leasing LLC, in the above referenced action.  I filed a Notice of Appearance (electronically) this morning.

  I am writing with respect to your Mediation Referral Order dated November 18, 2021.  Specifically, that Order requires the mediation to be concluded by January 28, 2022; as I just learned of this action this morning and have not yet even reviewed the Complaint, I am asking this Court to adjourn that date one (1) month to complete the mediation (in which NorthShore shall participate) on or before February 28, 2022.  I also ask any Court conference related hereto also be adjourned one (1) month.  This is the first such request for an adjournment by NorthShore, and I am writing with the consent of the co-defendant, Credit Acceptance Corporation.  To be fair to Plaintiffs' counsel, she did not refuse my request for an adjournment, rather, she indicated earlier today the necessity of speaking with her clients first, but I do not want to fail to get this request to you before another week/weekend passes.

  Awaiting your decision, I remain,

            Very truly yours,

            Harry R. Thomasson

Cc: Chester Ostrowski, Esq. (attorney for Credit Acceptance Corporation, VIA ECF Only)
   Novlette Kidd, Esq. (attorney for Plaintiffs, VIA ECF Only)