**Harry R. Thomasson, Esq.**
3280 Sunrise Highway, Suite 112
Wantagh, New York  11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

February 1, 2022

VIA ECF FILING ONLY

Honorable Arlene R. Lindsay
United States Magistrate Judge
United States Federal District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

      Re:    *Owhonda, et al., v. Credit Acceptance Corporation, et al.*
                Case Number 2:21-cv-03413-JMA-ARL

Your Honor:

      I am the attorney of record for Defendant NorthShore Motor Leasing LLC, in the above referenced action.  I filed a Notice of Appearance approximately two (2) weeks ago.

      Differences have arisen between me and my client on proceeding with this case.  The client is fully informed that I am withdrawing from this action.  Given that this matter is imminently proceeding to mediation, I am writing to inform the Court and the parties that I will not be handling this matter going forward, and I ask for direction from the Court on whether I may merely file a Notice of Withdrawal of my representation of NorthShore Motor Leasing or whether the Court wishes for me to proceed with a full Motion with Notice to all parties.

      Awaiting your direction, I remain,

                                               Very truly yours,

                                             Harry R. Thomasson

Cc:    Chester Ostrowski, Esq. (attorney for Credit Acceptance Corporation, VIA ECF Only)
         Novlette Kidd, Esq. (attorney for Plaintiffs, VIA ECF Only)