UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY**  **DATE:** 7/6/2022
United States Magistrate Judge

**TIME:** 12:00 p.m.

**DOCKET NO:** 21-cv-03413-JMA-ARL

**CASE:** Owhonda v. Credit Acceptance Corporation et al

__ **INITIAL CONFERENCE**
**X** **STATUS CONFERENCE**
__ **SCHEDULING CONFERENCE**            **BY TELEPHONE X**
__ **SETTLEMENT CONFERENCE**
__ **FINAL CONFERENCE**
__ **FAIRNESS HEARING**

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Novlette Rosemarie Kidd | Chester R. Ostrowski |
| | | (for Credit Acceptance Corp) |
| | | No Appearance by |
| | | Northshore Motor Leasing |

**The following rulings were made:**

Order to Show Cause: There was no appearance by Defendant Northshore Motor Leasing LLC. The conference is rescheduled for August 4, 2022 at 11:00 a.m. by telephone. The Court will initiate the conference call. The call in instructions are as follows: The parties are directed to dial (888) 684-8852 prior to the scheduled time to access the call center. At the prompt enter access code 7625765. Counsel for the Northshore defendant, either existing or newly retained, must appear at the conference. Failure to appear may result in the imposition of sanctions including, but not limited to, a recommendation that default judgment be entered against Northshore based on the failure to comply with the Court's orders. Counsel for the plaintiff is directed to serve a copy of this Order upon counsel for the Nothshore defendant and upon the Principal of Northshore by certified mail and file proof of service.

**SO ORDERED:**

/s/